UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ameer A. Hashw,<br><br>    Plaintiff,<br><br>v.<br><br>Merrick Bank Corporation,<br><br>    Defendant. | **COMPLAINT AND<br>DEMAND FOR A JURY TRIAL** |

## INTRODUCTION

1. This is an action for damages brought by Ameer A. Hashw against Merrick Bank Corporation for violations of the Telephone Consumer Protection Act, 15 U.S.C. §227 *et seq*. ("TCPA"), and invasions of privacy.

## JURISDICTION

2. Jurisdiction of this Court arises under 28 U.S.C. §§ 1331 and 1337, and supplemental jurisdiction exists for state law claims under 28 U.S.C. § 1367. This Court has federal question jurisdiction over the TCPA claims. *Mims v. Arrow Financial Services, LLC*, 565 U.S. ___, 132 S. Ct. 740 (2012).

3. Venue is proper in this district because the relevant acts and transactions occurred within Minnesota, Plaintiff resides within Minnesota and Defendant transacts business within Minnesota.

## PARTIES

4. Plaintiff, Ameer A. Hashw, is a natural person residing in the City of

Minneapolis, County of Hennepin and State of Minnesota.

5. Defendant, Merrick Bank Corporation, ("Merrick Bank") is a corporation organized under the laws of Utah with its principal place of business located at 1705 South Jordan Gateway, Suite 200, South Jordan, Utah. Merrick Bank is a top-25 issuer of Visa and MasterCard credit cards. In addition, Merrick Bank provides financing options to consumers purchasing boats and recreational vehicles. Merrick Bank solicits, advertises to and provides credit cards and financing to consumers residing in Minnesota.

## BACKGROUND

6. On or around August 1, 2008, Plaintiff opened a credit card account with Merrick Bank ("the Account").

7. In November 2009, Plaintiff suffered financial hardship and was unable to pay the balance allegedly due on the Account. Throughout the next year, Plaintiff was periodically late in making his minimum payments due on the Account.

8. Each time Plaintiff was late in making a minimum payment, Defendant would attempt to collect the unpaid balance on the Account by making repeated telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system.

9. Throughout the days and months from June 2010 until December 2011, Defendant made **456** telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system in an attempt to collect the balance allegedly due on the Account. See attached, "Exhibit A."

10. In addition to collection calls, Defendant made repeated calls to Plaintiff's cell phone using an automatic telephone dialing system and prerecorded or automated voice in an attempt to advertise refinancing opportunities to Plaintiff.

11. On July 14, 19 and 28 of 2010, and on August 4, 2010, Defendant made phone calls to Plaintiff's cell phone using an automatic telephone dialing system and left the following automated and prerecorded message:

> Hi, this is Jennifer with Merrick Bank. We recently sent you information about our account restructure program, which offers you a lower monthly payment at a very low interest. You are prequalified for this special program. Please call soon and 1-877-655-4496 for details. We're here to help you.

12. Defendant did not have Plaintiff's prior express consent to make calls to Plaintiff's cellular telephone using an automatic telephone dialing system or prerecorded or automated voice.

13. At all times relevant to this complaint, the Plaintiff was and is a "person" as defined by the TCPA 47 U.S.C. § 153(39).

14. At all times relevant to this complaint, Defendant owned, operated, and/or controlled "customer premises equipment" as defined by the TCPA 47 U.S.C. § 153(16) that originated, routed, and/or terminated telecommunications.

15. The Defendant at all times relevant to the complaint herein engaged in "telecommunications" defined by the TCPA 47 U.S.C. § 153(50).

16. At all times relevant to this complaint, Defendant engaged in "interstate communications" by the TCPA 47 U.S.C. § 153(28).

17. At all times relevant to this complaint, Defendant used, controlled, and/or operated "wire communications" as defined by the TCPA 47 U.S.C. § 153(59), that existed as instrumentalities of interstate and intrastate commerce.

18. At all times relevant to this complaint, Defendant used, controlled, and/or operated "automatic telephone dialing systems" as defined by the TCPA 47 U.S.C. § 227(a)(1) and 47 C.F.R. 64.1200(f)(1).

**Emotional Distress**

19. As a result of the Defendant's repeated violations of the TCPA and invasions of Plaintiff's privacy, Plaintiff suffered actual damages in the form emotional distress.

**CAUSES OF ACTION**

**COUNT I.**
**VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT**
**47 U.S.C. § 227(B)(1)**

20. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

21. Within the three year period immediately preceding this action, Defendant made approximately 456 calls to the Plaintiff's cellular telephone service using an automatic telephone dialing system in violation of the TCPA, 47 U.S.C. Section 227(b)(1)(A)(iii), and 47 C.F.R. 64.1200 (a)(1)(iii).

22. Within the three year period immediately preceding this action, Defendant used an artificial or prerecorded voice when it called Plaintiff's cellular telephone in violation of 47 U.S.C. § 227 (b)(1)(A), 47 CFR 64.1200 (a)(1).

4

23. The acts and omissions of Defendant at all times material and relevant hereto, as described in this complaint, were done unfairly, unlawfully, intentionally, deceptively and absent bona fide error, lawful right, legal defense, legal justification or legal excuse.

24. As a causally-direct and legally proximate result of the above violations of the TCPA and the C.F.R., Defendant at all times material and relevant hereto, as described in this Complaint, caused Plaintiff to sustain damages.

25. Defendant did not have the prior express consent of Plaintiff to use an automatic telephone dialing system to call the Plaintiff's cellular telephone.

26. Under the 47 U.S.C. Section 227(b)(3)(B), the Plaintiff is entitled to statutory damages under the TCPA of $500.00 per phone call made to Plaintiff.

27. Defendant willfully and knowingly violated the TCPA, and as such the Plaintiff is entitled to $1,500.00 per phone call made to the Plaintiff pursuant to the 47 U.S.C. Section 227(b)(3).

28. Plaintiff is entitled to injunctive relief prohibiting Defendant from contacting the Plaintiff on his cellular phone using an automated dialing system pursuant to the 47 U.S.C. Section 227(b)(3)(a).

## COUNT II.
### INVASION OF PRIVACY BY INTRUSION ON SECLUSION

29. Plaintiff incorporates by reference all of the paragraphs of this Complaint as though fully stated herein.

30. Congress recognized a consumer's right to privacy in financial data in passing the Gramm Leech Bliley Act, which regulates the privacy of consumer financial data for a broad range of "financial institutions" including debt collectors albeit without a private right of action, when it stated as part of its purposes:

> It is the policy of the Congress that **each financial institution has an affirmative and continuing obligation to respect the privacy of its customers** and to protect the security and confidentiality of those customers' nonpublic personal information.

15 U.S.C. § 6801(a) (emphasis added).

31. Defendant and/or its agents intentionally and/or negligently interfered, physically or otherwise, with the solitude, seclusion and or private concerns or affairs of this Plaintiff, namely, by repeatedly and unlawfully making phone calls to Plaintiff in violation of the TCPA. *See Owners Ins. Co. v. European Auto Works, Inc.* 695 F.3d 814, 819 – 820 (8th Cir. 2012) ("We conclude that the ordinary meaning of the term "right of privacy" easily includes violations of the type of privacy interest protected by the TCPA. Our court has previously stated that violations of the TCPA are " 'invasions of privacy' under [the] ordinary, lay meaning[] of the[] phrase [].")(quoting *Universal Underwriters Ins. Co. v. Lou Fusz Auto. Network, Inc.*, 401 F.3d 876, 881 (8th Cir. 2005)).

32. Defendant and its agents intentionally and/or negligently caused emotional harm to Plaintiff by engaging in highly offensive conduct in the course of collecting this debt, thereby invading and intruding upon Plaintiff's right to privacy.

33. Plaintiff had a reasonable expectation of privacy in Plaintiff's solitude, seclusion, private concerns or affairs.

34. The conduct of Defendant and its agents, in engaging in the above-described illegal collection conduct against Plaintiff, resulted in multiple intrusions and invasions of privacy by Defendant which occurred in a way that would be highly offensive to a reasonable person in that position.

35. As a result of such intrusions and invasions of privacy, Plaintiff is entitled to actual damages in an amount to be determined at trial from Defendant.

### COUNT III.
#### NEGLIGENCE

36. Defendant knew or should have known that the phone calls Defendant made were illegal and would result in actual damages being suffered by Plaintiff.

37. Defendant knew or should have known there was a high risk of harm to Plaintiff when it made illegal phone calls to Plaintiff's cell phone and Defendant proceeded to act in deliberate disregard and indifference to that risk.

38. As a direct and proximate result of receiving 456 phone calls from Defendant in violation of his privacy and the Telephone Consumer Protection Act, Plaintiff suffered actual damages in the form of emotional distress.

### PRAYER FOR RELIEF

**THEREFORE**, Plaintiff respectfully requests that judgment be entered against Defendant for the following:

### COUNT I.
#### VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT

1. For a declaration that Defendant's telephone calls to Plaintiff violated the TCPA;

2. For an award of damages consistent with the TCPA, 47 U.S.C. § 227(b)(3)(B);

3. For an award of triple the damages available under 47 U.S.C. § 227(b)(3) for willful or knowing violations of the TCPA;

4. For a permanent injunction prohibiting Defendant from placing non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and

5. Such other or further relief as the Court deems proper;

## COUNT II.
### INVASION OF PRIVACY BY INTRUSION UPON SECLUSION

6. For an award of actual damages for the emotional distress suffered as a result of Defendant's invasion of Plaintiff's privacy in an amount to be determined at trial; and

7. For such other and further relief as may be just and proper.

## COUNT III.
### NEGLIGENCE

8. For an award of actual damages for the emotional distress suffered as a result of Defendant's negligence in an amount to be determined at trial; and

9. For such other and further relief as may be just and proper.

        Respectfully Submitted,

        **HEANEY LAW FIRM, LLC**

Date: **March 27, 2013**

        Mark L. Heaney
        Attorney I.D. #0333219
        13911 Ridgedale Drive, Suite 110
        Minnetonka, Minnesota 55305-1773
        Telephone: (952) 933-9655
        Email: mark@heaneylaw.com

# EXHIBIT "A"

# CALL LIST

| No: | Date | Time (CST) | PM/AM | Incoming Number | Message? |
|---|---|---|---|---|---|
| 1 | 6/29/10 | 1:54:20 | pm | (800) 657-1377 | no |
| 2 | 6/29/10 | 4:19:42 | pm | (877) 847-0125 | no |
| 3 | 6/29/10 | 6:25:58 | pm | (877) 847-0125 | no |
| 4 | 6/29/10 | 8:52:36 | pm | (800) 657-1377 | no |
| 5 | 6/29/10 | 9:03:00 | am | (800) 657-1377 | no |
| 6 | 6/30/10 | 1:07:07 | pm | (800) 657-1377 | no |
| 7 | 6/30/10 | 2:04:12 | pm | (877) 847-0125 | no |
| 8 | 6/30/10 | 5:43:03 | pm | (800) 657-1377 | no |
| 9 | 6/30/10 | 8:05:32 | pm | (877) 847-0125 | no |
| 10 | 6/30/10 | 8:52:21 | pm | (800) 657-1377 | no |
| 11 | 6/30/10 | 9:19:18 | am | (800) 657-1377 | no |
| 12 | 7/1/10 | 12:37:36 | pm | (877) 847-0125 | no |
| 13 | 7/1/10 | 2:38:25 | pm | (800) 657-1377 | no |
| 14 | 7/1/10 | 3:1:27 | pm | (800) 657-1377 | no |
| 15 | 7/1/10 | 4:07:10 | pm | (877) 647-0125 | no |
| 16 | 7/1/10 | 6:34:01 | pm | (800) 657-1377 | no |
| 17 | 7/1/10 | 7:05:46 | pm | (877) 847-0125 | no |
| 18 | 7/1/10 | 7:58:46 | pm | (800) 657-1377 | no |
| 19 | 7/1/10 | 8:26:20 | pm | (877) 847-0125 | no |
| 20 | 7/1/10 | 8:43:12 | am | (877) 847-0125 | no |
| 21 | 7/1/10 | 8:44:20 | pm | (800) 657-1377 | no |
| 22 | 7/2/10 | 12:34:41 | pm | (800) 657-1377 | no |
| 23 | 7/2/10 | 3:42:25 | pm | (800) 657-1377 | no |
| 24 | 7/2/10 | 5:31:09 | pm | (800) 657-1377 | no |
| 25 | 7/2/10 | 6:48:43 | pm | (877) 847-0125 | no |
| 26 | 7/2/10 | 7:21:33 | pm | (800) 657-1377 | no |
| 27 | 7/2/10 | 8:00:08 | pm | (877) 847-0125 | no |
| 28 | 7/2/10 | 8:33:14 | pm | (800) 657-1377 | no |
| 29 | 7/2/10 | 8:44:38 | am | (800) 657-1377 | no |
| 30 | 7/3/10 | 11:58:01 | am | (800) 657-1377 | no |
| 31 | 7/3/10 | 3:05:39 | pm | (800) 657-1377 | no |
| 32 | 7/3/10 | 3:59:55 | pm | (877) 847-0125 | no |
| 33 | 7/3/10 | 5:00:45 | pm | (800) 657-1377 | no |
| 34 | 7/3/10 | 6:05:02 | pm | (877) 847-0125 | no |
| 35 | 7/3/10 | 7:11:19 | pm | (800) 657-1377 | no |
| 36 | 7/3/10 | 9:27:44 | am | (800) 657-1377 | no |
| 37 | 7/5/10 | 2:11:27 | pm | (800) 567-1377 | no |
| 38 | 7/5/10 | 4:31:55 | pm | (800) 657-1377 | no |
| 39 | 7/5/10 | 6:25:55 | pm | (800) 657-1377 | no |
| 40 | 7/5/10 | 8:36:59 | pm | (800) 657-1377 | no |
| 41 | 7/5/10 | 8:58:07 | am | (800) 657-1377 | no |
| 42 | 7/6/10 | 12:03:33 | pm | (800) 657-1377 | no |
| 43 | 7/6/10 | 2:11:33 | pm | (877) 847-0125 | no |
| 44 | 7/6/10 | 3:24:46 | pm | (877) 847-0125 | no |

| | | | | | |
|---|---|---|---|---|---|
| 45 | 7/6/10 | 5:53:55 | pm | (800) 657-1377 | no |
| 46 | 7/6/10 | 8:10:06 | pm | (800) 657-1377 | no |
| 47 | 7/6/10 | 8:38:55 | am | (800) 657-1377 | no |
| 48 | 7/7/10 | 2:25:08 | pm | (800) 657-1377 | no |
| 49 | 7/7/10 | 6:04:25 | pm | (877) 547-0125 | no |
| 50 | 7/7/10 | 8:38:08 | am | (800) 657-1377 | no |
| 51 | 7/7/10 | 9:50:41 | am | (800) 657-1377 | no |
| 52 | 7/8/10 | 5:58:37 | pm | (877) 847-0125 | no |
| 53 | 7/8/10 | 7:59:01 | pm | (877) 847-0125 | no |
| 54 | 7/8/10 | 9:29:46 | am | (877) 847-0125 | no |
| 55 | 7/9/10 | 1:46:37 | pm | (800) 657-1377 | no |
| 56 | 7/9/10 | 3:32:21 | pm | (800) 657-1377 | no |
| 57 | 7/9/10 | 6:08:46 | pm | (800) 657-1377 | no |
| 58 | 7/9/10 | 8:09:14 | pm | (800) 657-1377 | no |
| 59 | 7/9/10 | 8:35:25 | am | (800) 657-1377 | no |
| 60 | 7/10/10 | 1:27:15 | pm | (800) 657-1377 | no |
| 61 | 7/10/10 | 5:16:59 | pm | (800) 657-1377 | no |
| 62 | 7/10/10 | 8:26:58 | am | (800) 657-1377 | no |
| 63 | 7/10/10 | 9:47:31 | am | (800) 657-1377 | no |
| 64 | 7/12/10 | 2:13:56 | pm | (800) 657-1377 | no |
| 65 | 7/12/10 | 7:30:06 | pm | (877) 847-0125 | no |
| 66 | 7/12/10 | 9:19:27 | am | (800) 657-1377 | no |
| 67 | 7/13/10 | 1:54:03 | pm | (800) 657-1377 | no |
| 68 | 7/13/10 | 4:33:17 | pm | (877) 847-0125 | no |
| 69 | 7/13/10 | 8:15:35 | pm | (800) 657-1377 | no |
| 70 | 7/13/10 | 9:09:48 | am | (800) 657-1377 | no |
| 71 | 7/14/10 | 2:13:41 | pm | (800) 657-1377 | no |
| 72 | 7/14/10 | 6:32:31 | pm | (877) 655-4496 | yes |
| 73 | 7/14/10 | 9:31:24 | am | (800) 657-1377 | no |
| 74 | 7/15/10 | 1:27:41 | pm | (877) 847-0125 | no |
| 75 | 7/15/10 | 4:13:59 | pm | (877) 847-0125 | no |
| 76 | 7/15/10 | 6:00:29 | pm | (877) 847-0125 | no |
| 77 | 7/15/10 | 8:23:31 | pm | (877) 847-0125 | no |
| 78 | 7/15/10 | 9:00:10 | am | (877) 847-0125 | no |
| 79 | 7/16/10 | 12:23:21 | pm | (800) 657-1377 | no |
| 80 | 7/16/10 | 44:45:55 | pm | (800) 657-1377 | no |
| 81 | 7/16/10 | 6:35:23 | pm | (800) 657-1377 | no |
| 82 | 7/17/10 | 1:12:14 | pm | (877) 847-0125 | no |
| 83 | 7/17/10 | 6:02:37 | pm | (800) 657-1377 | no |
| 84 | 7/19/10 | 12:33:47 | pm | (800) 657-1377 | no |
| 85 | 7/19/10 | 6:17:54 | pm | (877) 847-0125 | no |
| 86 | 7/19/10 | 6:48:03 | pm | (877) 655-4496 | yes |
| 87 | 7/20/10 | 1:50:23 | pm | (877) 847-0125 | no |
| 88 | 7/20/10 | 11:54:30 | am | (800) 657-1377 | no |
| 89 | 7/20/10 | 3:00:53 | pm | (877) 847-0125 | no |
| 90 | 7/20/10 | 3:53:00 | pm | (800) 657-1377 | no |
| 91 | 7/20/10 | 5:01:11 | pm | (877) 847-0125 | no |
| 92 | 7/20/10 | 6:34:43 | pm | (800) 657-1377 | no |

| # | Date | Time | AM/PM | Number | Flag |
|---|------|------|-------|--------|------|
| 93 | 7/20/10 | 8:40:01 | am | (800) 657-1377 | no |
| 94 | 7/21/10 | 5:08:42 | pm | (877) 857-0125 | no |
| 95 | 7/21/10 | 8:34:52 | pm | (800) 657-1377 | no |
| 96 | 7/21/10 | 9:00:14 | am | (800) 657-1377 | no |
| 97 | 7/22/10 | 12:59:24 | pm | (877) 847-0125 | no |
| 98 | 7/22/10 | 2:38:19 | pm | (877) 847-0125 | no |
| 99 | 7/22/10 | 4:29:32 | pm | (877) 847-0125 | no |
| 100 | 7/22/10 | 8:40:07 | am | (877) 847-0125 | no |
| 101 | 7/23/10 | 1:00:33 | pm | (800) 657-1377 | no |
| 102 | 7/23/10 | 5:00:56 | pm | (800) 657-1377 | no |
| 103 | 7/23/10 | 6:57:20 | pm | (800) 657-1377 | no |
| 104 | 7/23/10 | 8:26:04 | pm | (877) 847-0125 | no |
| 105 | 7/26/10 | 3:26:07 | pm | (877) 847-0125 | no |
| 106 | 7/26/10 | 5:48:28 | pm | (877) 847-0125 | no |
| 107 | 7/26/10 | 6:42:03 | pm | (800) 657-1377 | no |
| 108 | 7/26/10 | 8:07:18 | pm | (877) 847-0125 | no |
| 109 | 7/27/10 | 12:00:54 | pm | (800) 657-1377 | no |
| 110 | 7/27/10 | 3:45:24 | pm | (877) 847-0125 | no |
| 111 | 7/27/10 | 4:38:35 | pm | (800) 657-1377 | no |
| 112 | 7/27/10 | 6:45:02 | pm | (800) 657-1377 | no |
| 113 | 7/28/10 | 4:23:02 | pm | (800) 657-1377 | no |
| 114 | 7/28/10 | 6:36:37 | pm | (877) 655-4496 | yes |
| 115 | 7/28/10 | 8:25:17 | pm | (877) 847-0125 | no |
| 116 | 7/28/10 | 9:08:39 | am | (800) 657-1377 | no |
| 117 | 7/29/10 | 6:01:46 | pm | (877) 847-0125 | no |
| 118 | 7/29/10 | 8:45:42 | pm | (800) 657-1377 | no |
| 119 | 7/29/10 | 9:09:23 | am | (877) 847-0125 | no |
| 120 | 7/30/10 | 8:18:44 | pm | (800) 657-1377 | no |
| 121 | 7/30/10 | 8:52:04 | am | (800) 657-1377 | no |
| 122 | 7/31/10 | 7:11:54 | pm | (877) 847-0125 | no |
| 123 | 8/2/10 | 1:20:58 | pm | (800) 599-2346 | no |
| 124 | 8/2/10 | 9:03:05 | am | (800) 599-2346 | no |
| 125 | 8/3/10 | 8:21:32 | pm | (877) 847-0125 | no |
| 126 | 8/3/10 | 9:14:30 | am | (877) 847-0125 | no |
| 127 | 8/4/10 | 11:46:53 | am | (800) 599-2346 | yes |
| 128 | 8/4/10 | 2:33:13 | pm | (877) 647-0125 | no |
| 129 | 8/4/10 | 6:41:14 | pm | (877) 655-4496 | no |
| 130 | 8/4/10 | 9:33:21 | am | (877) 847-0125 | no |
| 131 | 8/5/10 | 3:16:31 | pm | (800) 599-2346 | no |
| 132 | 8/5/10 | 8:26:15 | pm | (800) 657-1377 | no |
| 133 | 8/6/10 | 1:56:57 | pm | (877) 847-0125 | no |
| 134 | 8/6/10 | 11:54:36 | am | (800) 599-2346 | no |
| 135 | 8/6/10 | 6:05:21 | pm | (877) 847-0125 | no |
| 136 | 8/6/10 | 8:06:45 | pm | (800) 599-2346 | no |
| 137 | 8/7/10 | 2:00:58 | pm | (877) 657-0125 | no |
| 138 | 8/7/10 | 8:39:15 | am | (877) 847-0125 | no |
| 139 | 8/9/10 | 2:13:15 | pm | (877) 847-0125 | no |
| 140 | 8/9/10 | 8:33:09 | pm | (800) 599-2346 | no |

| # | Date | Time | AM/PM | Number | Flag |
|---|------|------|-------|--------|------|
| 141 | 8/10/10 | 5:12:23 | pm | (877) 847-0125 | no |
| 142 | 8/10/10 | 9:08:23 | am | (877) 847-0125 | no |
| 143 | 8/11/10 | 11:48:39 | am | (800) 599-2346 | no |
| 144 | 8/11/10 | 7:19:17 | pm | (800) 599-2346 | no |
| 145 | 8/11/10 | 8:13:52 | pm | (877) 847-0125 | no |
| 146 | 8/12/10 | 12:03:48 | pm | (800) 599-2346 | no |
| 147 | 8/12/10 | 5:22:22 | pm | (800) 599-2346 | no |
| 148 | 8/12/10 | 6:46:53 | pm | (800) 599-2346 | no |
| 149 | 8/12/10 | 8:00:50 | pm | (800) 599-2346 | no |
| 150 | 8/13/10 | 12:53:17 | pm | (800) 599-2346 | no |
| 151 | 8/13/10 | 5:15:21 | pm | (877) 847-0125 | no |
| 152 | 8/13/10 | 8:51:12 | am | (877) 847-0125 | no |
| 153 | 8/14/10 | 2:48:34 | pm | (877) 847-0125 | no |
| 154 | 8/14/10 | 6:03:49 | pm | (877) 847-0125 | no |
| 155 | 8/14/10 | 8:46:37 | am | (877) 847-0125 | no |
| 156 | 8/16/10 | 3:38:50 | pm | (877) 847-0125 | no |
| 157 | 8/17/10 | 5:32:15 | pm | (877) 847-0125 | no |
| 158 | 8/18/10 | 4:09:04 | pm | (800) 599-2346 | no |
| 159 | 8/18/10 | 6:47:25 | pm | (800) 599-2346 | no |
| 160 | 8/18/10 | 7:23:05 | pm | (877) 847-0125 | no |
| 161 | 8/18/10 | 8:24:57 | pm | (877) 847-0125 | no |
| 162 | 8/18/10 | 9:45:39 | am | (877) 847-0125 | no |
| 163 | 8/19/10 | 6:38:33 | pm | (877) 847-0125 | no |
| 164 | 8/19/10 | 7:25:24 | pm | (800) 599-2346 | no |
| 165 | 8/19/10 | 9:54:57 | am | (877) 847-0125 | no |
| 166 | 8/20/10 | 1:24:11 | pm | (800) 599-2346 | no |
| 167 | 8/20/10 | 6:38:07 | pm | (877) 847-0125 | no |
| 168 | 8/20/10 | 8:31:47 | pm | (877) 847-0125 | no |
| 169 | 8/20/10 | 9:08:11 | am | (877) 847-0125 | no |
| 170 | 8/21/10 | 12:06:19 | pm | (877) 847-0125 | no |
| 171 | 8/21/10 | 2:33:44 | pm | (877) 847-0125 | no |
| 172 | 8/21/10 | 4:29:31 | pm | (877) 847-0125 | no |
| 173 | 8/24/10 | 9:15:47 | am | (877) 847-0125 | no |
| 174 | 8/25/10 | 2:59:25 | pm | (800) 599-2346 | no |
| 175 | 8/25/10 | 8:21:17 | pm | (800) 599-2346 | no |
| 176 | 8/25/10 | 9:40:43 | am | (877) 847-0125 | no |
| 177 | 8/26/10 | 7:40:10 | pm | (800) 599-2346 | no |
| 178 | 8/26/10 | 8:23:28 | pm | (877) 847-0125 | no |
| 179 | 8/27/10 | 8:50:30 | pm | (877) 847-0125 | no |
| 180 | 8/27/10 | 9:43:15 | am | (877) 847-0125 | no |
| 181 | 8/28/10 | 1:46:27 | pm | (877) 847-0125 | no |
| 182 | 8/28/10 | 6:45:53 | pm | (877) 847-0125 | no |
| 183 | 8/28/10 | 9:13:18 | am | (877) 847-0125 | no |
| 184 | 8/30/10 | 12:10:17 | pm | (877) 847-0125 | no |
| 185 | 8/31/10 | 1:13:36 | pm | (877) 847-0125 | no |
| 186 | 8/31/10 | 6:44:31 | pm | (800) 599-2346 | no |
| 187 | 9/1/10 | 3:06:09 | pm | (800) 599-2346 | no |
| 188 | 9/1/10 | 5:18:25 | pm | (800) 599-2346 | no |

| # | Date | Time | AM/PM | Number | Flag |
|---|------|------|-------|--------|------|
| 189 | 9/1/10 | 7:26:41 | pm | (800) 599-2346 | no |
| 190 | 9/2/10 | 2:207:22 | pm | (800) 599-2346 | no |
| 191 | 9/2/10 | 3:19:35 | pm | (877) 847-0125 | no |
| 192 | 9/2/10 | 5:57:20 | pm | (877) 847-0125 | no |
| 193 | 9/2/10 | 8:00:00 | pm | (877) 847-0125 | no |
| 194 | 9/2/10 | 8:25:03 | pm | (877) 847-0125 | no |
| 195 | 9/2/10 | 9:08:06 | am | (877) 847-0125 | no |
| 196 | 9/3/10 | 9:30:52 | am | (800) 599-2349 | no |
| 197 | 9/3/10 | 1:58:19 | pm | (877) 847-0125 | no |
| 198 | 9/3/10 | 2:54:38 | pm | (877) 847-0125 | no |
| 199 | 9/3/10 | 5:09:48 | pm | (877) 847-0125 | no |
| 200 | 9/3/10 | 6:33:31 | pm | (877) 847-0125 | no |
| 201 | 9/4/10 | 1:06:20 | pm | (877) 847-0125 | no |
| 202 | 9/4/10 | 5:20:33 | pm | (877) 847-0125 | no |
| 203 | 9/4/10 | 9:10:50 | am | (877) 847-0125 | no |
| 204 | 9/7/10 | 6:10:23 | pm | (877) 847-0125 | no |
| 205 | 9/8/10 | 2:47:57 | pm | (877) 847-0125 | no |
| 206 | 9/9/10 | 6:50:51 | pm | (800) 599-2346 | no |
| 207 | 9/9/10 | 8:44:17 | am | (877) 847-0125 | no |
| 208 | 9/10/10 | 10:41:48 | am | (877) 847-0125 | no |
| 209 | 9/10/10 | 2:48:25 | pm | (877) 847-0125 | no |
| 210 | 9/10/10 | 5:10:59 | pm | (877) 847-0125 | no |
| 211 | 9/10/10 | 8:44:56 | pm | (877) 847-0125 | no |
| 212 | 9/11/10 | 3:07:10 | pm | (877) 847-0125 | no |
| 213 | 9/11/10 | 9:25:46 | am | (877) 847-0127 | no |
| 214 | 9/14/10 | 8:39:16 | pm | (877) 847-0125 | no |
| 215 | 9/15/10 | 2:08:43 | pm | (800) 599-2346 | no |
| 216 | 9/15/10 | 6:36:35 | pm | (800) 599-2346 | no |
| 217 | 9/15/10 | 8:00:22 | pm | (877) 847-0125 | no |
| 218 | 9/16/10 | 5:08:11 | pm | (877) 847-0125 | no |
| 219 | 9/16/10 | 6:15:40 | pm | (800) 599-2346 | no |
| 220 | 9/17/10 | 1:51:45 | pm | (877) 847-0125 | no |
| 221 | 9/17/10 | 5:17:31 | pm | (877) 847-0125 | no |
| 222 | 9/17/10 | 6:15:41 | pm | (800) 599-2346 | no |
| 223 | 9/17/10 | 7:49:20 | pm | (877) 847-0125 | no |
| 224 | 9/17/10 | 8:25:30 | pm | (800) 599-2346 | no |
| 225 | 9/17/10 | 9:59:40 | am | (877) 847-0125 | no |
| 226 | 9/18/10 | 12:48:45 | pm | (877) 847-0125 | no |
| 227 | 9/18/10 | 3:04:01 | pm | (877) 847-0125 | no |
| 228 | 9/18/10 | 4:56:00 | pm | (877) 847-0125 | no |
| 229 | 9/18/10 | 9:29:41 | am | (877) 847-0125 | no |
| 230 | 10/25/10 | 3:18:43 | pm | (877) 847-0125 | no |
| 231 | 10/25/10 | 6:55:07 | pm | (800) 599-2346 | no |
| 232 | 10/25/10 | 8:03:45 | am | (877) 847-0125 | no |
| 233 | 10/26/10 | 1:45:43 | pm | (800) 599-2346 | no |
| 234 | 10/26/10 | 11:20:27 | am | (800) 599-2346 | no |
| 235 | 10/26/10 | 3:05:54 | pm | (877) 847-0125 | no |
| 236 | 10/26/10 | 8:05:35 | pm | (877) 847-0125 | no |

| | | | | | |
|---|---|---|---|---|---|
| 237 | 10/27/10 | 7:20:53 | pm | (877) 847-0125 | no |
| 238 | 10/27/10 | 8:00:18 | pm | (877) 847-0125 | no |
| 239 | 10/27/10 | 8:05:01 | am | (877) 847-0125 | no |
| 240 | 10/28/10 | 8:13:08 | am | (877) 847-0125 | no |
| 241 | 11/22/10 | 2:09:04 | pm | (877) 847-0125 | no |
| 242 | 11/23/10 | 8:01:21 | am | (877) 847-0125 | no |
| 243 | 12/23/10 | 1:59:25 | pm | (800) 599-2346 | no |
| 244 | 12/23/10 | 11:56:11 | am | (877) 847-0125 | no |
| 245 | 12/23/10 | 4:25:35 | pm | (800) 599-2346 | no |
| 246 | 12/23/10 | 7:55:36 | pm | (800) 599-2346 | no |
| 247 | 12/23/10 | 8:04:24 | pm | (877) 847-0125 | no |
| 248 | 12/23/10 | 9:39:25 | am | (877) 847-0125 | no |
| 249 | 12/24/10 | 1:54:33 | pm | (877) 847-0125 | no |
| 250 | 12/24/10 | 11:47:35 | am | (800) 599-2346 | no |
| 251 | 12/24/10 | 3:38:08 | pm | (800) 599-2346 | no |
| 252 | 12/24/10 | 5:17:38 | pm | (877) 847-0125 | no |
| 253 | 12/27/10 | 7:47:09 | pm | (800) 599-2346 | no |
| 254 | 12/27/10 | 8:23:34 | am | (877) 847-0125 | no |
| 255 | 12/28/10 | 12:47:24 | pm | (877) 847-0125 | no |
| 256 | 12/28/10 | 2:29:54 | pm | (877) 847-0125 | no |
| 257 | 12/28/10 | 6:10:38 | pm | (877) 847-0125 | no |
| 258 | 12/28/10 | 8:17:29 | am | (877) 847-0125 | no |
| 259 | 12/28/10 | 8:45:00 | pm | (877) 847-0125 | no |
| 260 | 12/29/10 | 12:50:59 | pm | (877) 847-0125 | no |
| 261 | 12/29/10 | 5:38:48 | pm | (877) 847-0125 | no |
| 262 | 12/29/10 | 8:17:59 | am | (877) 847-0125 | no |
| 263 | 12/29/10 | 8:43:54 | pm | (877) 847-0125 | no |
| 264 | 12/30/10 | 11:51:45 | am | (877) 847-0125 | no |
| 265 | 12/30/10 | 3:07:31 | pm | (877) 847-0125 | no |
| 266 | 12/30/10 | 7:07:42 | pm | (877) 847-0125 | no |
| 267 | 12/30/10 | 8:07:37 | pm | (877) 847-0125 | no |
| 268 | 12/31/10 | 4:15:47 | pm | (800) 599-2346 | no |
| 269 | 12/31/10 | 6:44:50 | pm | (877) 847-0125 | no |
| 270 | 12/31/10 | 8:44:55 | pm | (800) 599-2346 | no |
| 271 | 12/31/10 | 8:46:23 | am | (877) 847-0125 | no |
| 272 | 1/1/11 | 6:04:36 | pm | (800) 599-2348 | no |
| 273 | 1/3/11 | 8:10:11 | pm | (877) 847-0125 | no |
| 274 | 1/3/11 | 8:16:30 | am | (877) 847-0125 | no |
| 275 | 1/4/11 | 12:47:28 | pm | (877) 847-0125 | no |
| 276 | 1/4/11 | 4:18:56 | pm | (877) 847-0125 | no |
| 277 | 1/4/11 | 8:14:42 | pm | (877) 847-0125 | no |
| 278 | 1/4/11 | 9:00:04 | am | (877) 847-0125 | no |
| 279 | 1/5/11 | 12:42:55 | pm | (877) 847-0125 | no |
| 280 | 1/5/11 | 3:16:08 | pm | (877) 847-0125 | no |
| 281 | 1/5/11 | 6:07:50 | pm | (877) 847-0125 | no |
| 282 | 1/5/11 | 8:30:59 | am | (877) 847-0125 | no |
| 283 | 1/6/11 | 11:56:28 | am | (877) 847-0125 | no |
| 284 | 1/6/11 | 4:25:36 | pm | (800) 599-2346 | no |

| | | | | | |
|---|---|---|---|---|---|
| 285 | 1/6/11 | 9:18:35 | am | (877) 847-0125 | no |
| 286 | 1/7/11 | 12:31:36 | pm | (800) 599-2346 | no |
| 287 | 1/7/11 | 2:45:30 | pm | (800) 599-2346 | no |
| 288 | 1/7/11 | 3:51:17 | pm | (877) 847-0125 | no |
| 289 | 1/7/11 | 5:13:07 | pm | (800) 599-2346 | no |
| 290 | 1/7/11 | 6:36:25 | pm | (877) 847-0125 | no |
| 291 | 1/7/11 | 8:00:38 | pm | (800) 599-2346 | no |
| 292 | 1/7/11 | 8:26:10 | am | (877) 847-0125 | no |
| 293 | 1/7/11 | 9:32:39 | am | (800) 599-2346 | no |
| 294 | 1/8/11 | 1:14:47 | pm | (877) 847-0125 | no |
| 295 | 1/8/11 | 1:59:06 | pm | (800) 599-2346 | no |
| 296 | 1/8/11 | 10:25:54 | am | (877) 847-0125 | no |
| 297 | 1/8/11 | 11:29:11 | am | (877) 847-0125 | no |
| 298 | 1/8/11 | 12:18:12 | pm | (877) 847-0125 | no |
| 299 | 1/8/11 | 3:30:13 | pm | (877) 847-0125 | no |
| 300 | 1/8/11 | 8:13:13 | am | (877) 847-0125 | no |
| 301 | 1/8/11 | 9:42:49 | am | (800) 599-2346 | no |
| 302 | 1/10/11 | 1:38:51 | pm | (800) 599-2346 | no |
| 303 | 1/10/11 | 11:46:53 | am | (800) 599-2346 | no |
| 304 | 1/10/11 | 4:13:04 | pm | (800) 599-2346 | no |
| 305 | 1/10/11 | 8:30:42 | am | (877) 847-0125 | no |
| 306 | 1/10/11 | 8:51:08 | pm | (877) 847-0125 | no |
| 307 | 1/10/11 | 9:59:23 | am | (800) 599-2346 | no |
| 308 | 1/11/11 | 1:51:29 | pm | (877) 847-0125 | no |
| 309 | 1/11/11 | 11:17:17 | am | (877) 847-0125 | no |
| 310 | 1/11/11 | 4:17:04 | pm | (877) 847-0125 | no |
| 311 | 1/11/11 | 8:20:13 | am | (877) 847-0125 | no |
| 312 | 1/11/11 | 8:25:33 | pm | (800) 599-2346 | no |
| 313 | 1/11/11 | 9:55:57 | am | (877) 847-0125 | no |
| 314 | 1/12/11 | 12:55:52 | pm | (877) 847-0125 | no |
| 315 | 1/12/11 | 5:05:37 | pm | (877) 847-0125 | no |
| 316 | 1/12/11 | 8:32:22 | pm | (877) 847-0125 | no |
| 317 | 1/12/11 | 8:34:59 | am | (877) 847-0125 | no |
| 318 | 1/13/11 | 10:09:06 | am | (877) 847-0125 | no |
| 319 | 1/13/11 | 12:11:07 | pm | (877) 847-0125 | no |
| 320 | 1/13/11 | 3:17:30 | pm | (877) 847-0125 | no |
| 321 | 1/13/11 | 8:25:31 | pm | (800) 657-1377 | no |
| 322 | 1/14/11 | 1:06:46 | pm | (877) 847-0125 | no |
| 323 | 1/14/11 | 12:00:12 | pm | (800) 599-2346 | no |
| 324 | 1/14/11 | 5:13:23 | pm | (800) 599-2346 | no |
| 325 | 1/14/11 | 8:21:12 | pm | (800) 599-2346 | no |
| 326 | 1/14/11 | 8:36:00 | am | (877) 847-0125 | no |
| 327 | 1/15/11 | 1:16:43 | pm | (877) 847-0125 | no |
| 328 | 1/15/11 | 10:51:10 | am | (800) 599-2346 | no |
| 329 | 1/15/11 | 11:40:03 | am | (877) 847-0125 | no |
| 330 | 1/15/11 | 2:29:06 | pm | (877) 847-0125 | no |
| 331 | 1/15/11 | 4:53:35 | pm | (800) 599-2346 | no |
| 332 | 1/15/11 | 8:26:05 | am | (877) 847-0125 | no |

| | | | | | |
|---|---|---|---|---|---|
| 333 | 1/15/11 | 9:27:53 | am | (800) 599-2346 | no |
| 334 | 1/17/11 | 1:35:23 | pm | (800) 599-2346 | no |
| 335 | 1/17/11 | 5:26:00 | pm | (800) 599-2346 | no |
| 336 | 1/18/11 | 1:41:34 | pm | (800) 657-1377 | no |
| 337 | 1/19/11 | 2:10:25 | pm | (800) 599-2346 | no |
| 338 | 1/19/11 | 8:24:26 | pm | (800) 657-1377 | no |
| 339 | 1/20/11 | 10:22:46 | pm | (800) 599-2346 | no |
| 340 | 1/20/11 | 12:18:43 | pm | (800) 599-2346 | no |
| 341 | 1/20/11 | 5:16:46 | pm | (800) 657-1377 | no |
| 342 | 1/20/11 | 8:29:50 | pm | (800) 657-1377 | no |
| 343 | 1/21/11 | 2:02:30 | pm | (800) 599-2346 | no |
| 344 | 1/21/11 | 8:37:30 | pm | (877) 847-0127 | no |
| 345 | 1/22/11 | 1:06:21 | pm | (800) 599-2346 | no |
| 346 | 1/22/11 | 11:12:28 | am | (800) 599-2346 | no |
| 347 | 1/22/11 | 4:08:47 | pm | (877) 847-0125 | no |
| 348 | 1/22/11 | 6:56:12 | pm | (877) 847-0125 | no |
| 349 | 1/22/11 | 9:10:55 | am | (877) 847-0125 | no |
| 350 | 1/24/11 | 1:13:41 | pm | (800) 599-2346 | no |
| 351 | 1/24/11 | 9:08:31 | am | (877) 847-0125 | no |
| 352 | 1/25/11 | 11:47:57 | am | (877) 847-0125 | no |
| 353 | 1/25/11 | 3:22:58 | pm | (877) 847-0125 | no |
| 354 | 1/25/11 | 6:14:55 | pm | (877) 847-0125 | no |
| 355 | 1/25/11 | 8:48:12 | am | (877) 847-0125 | no |
| 356 | 1/26/11 | 12:56:07 | pm | (877) 847-0125 | no |
| 357 | 1/26/11 | 5:56:40 | pm | (877) 847-0125 | no |
| 358 | 1/26/11 | 8:26:47 | pm | (800) 657-1377 | no |
| 359 | 1/26/11 | 8:55:18 | am | (877) 847-0125 | no |
| 360 | 1/27/11 | 5:34:27 | pm | (877) 847-0125 | no |
| 361 | 1/27/11 | 8:28:53 | pm | (800) 657-1377 | no |
| 362 | 1/27/11 | 9:54:44 | am | (877) 847-0125 | no |
| 363 | 1/28/11 | 12:09:36 | pm | (800) 599-2346 | no |
| 364 | 1/28/11 | 3:01:02 | pm | (877) 847-0125 | no |
| 365 | 1/28/11 | 3:53:51 | pm | (877) 847-0125 | no |
| 366 | 1/28/11 | 5:41:08 | pm | (800) 599-2346 | no |
| 367 | 1/28/11 | 8:28:03 | am | (877) 847-0125 | no |
| 368 | 1/28/11 | 8:28:47 | pm | (877) 847-0125 | no |
| 369 | 1/29/11 | 1:41:14 | pm | (877) 847-0125 | no |
| 370 | 1/29/11 | 10:31:12 | am | (800) 599-2346 | no |
| 371 | 1/29/11 | 11:10:42 | am | (877) 847-0125 | no |
| 372 | 1/29/11 | 12:23:55 | pm | (877) 847-0125 | no |
| 373 | 1/29/11 | 2:28:56 | pm | (877) 847-0125 | no |
| 374 | 1/29/11 | 3:40:42 | pm | (877) 847-0125 | no |
| 375 | 1/29/11 | 8:26:17 | am | (877) 847-0125 | no |
| 376 | 1/29/11 | 9:30:01 | am | (800) 599-2346 | no |
| 377 | 1/31/11 | 1:56:56 | pm | (800) 599-2346 | no |
| 378 | 1/31/11 | 8:54:57 | pm | (800) 657-1377 | no |
| 379 | 1/31/11 | 9:44:52 | am | (877) 847-0125 | no |
| 380 | 2/1/11 | 9:29:31 | am | (877) 847-0125 | no |

| | | | | | |
|---|---|---|---|---|---|
| 381 | 2/1/11 | 12:21:48 | pm | (877) 847-0125 | no |
| 382 | 2/1/11 | 2:44:02 | pm | (877) 847-0125 | no |
| 383 | 2/1/11 | 4:25:57 | pm | (877) 847-0125 | no |
| 384 | 2/1/11 | 5:57:40 | pm | (877) 847-0125 | no |
| 385 | 2/1/11 | 8:35:33 | pm | (800) 657-1377 | no |
| 386 | 2/2/11 | 11:26:14 | am | (877) 847-0125 | no |
| 387 | 2/2/11 | 3:00:26 | pm | (877) 847-0125 | no |
| 388 | 2/2/11 | 4:36:27 | pm | (877) 847-0125 | no |
| 389 | 2/2/11 | 6:27:07 | pm | (800) 599-2346 | no |
| 390 | 2/2/11 | 8:53:09 | am | (877) 847-0125 | no |
| 391 | 2/3/11 | 11:39:44 | am | (877) 847-0125 | no |
| 392 | 2/3/11 | 3:06:24 | pm | (877) 847-0125 | no |
| 393 | 2/3/11 | 8:21:11 | pm | (800) 657-1377 | no |
| 394 | 2/3/11 | 9:49:11 | am | (877) 847-0125 | no |
| 395 | 2/4/11 | 12:05:45 | pm | (800) 599-2346 | no |
| 396 | 2/4/11 | 12:55:20 | pm | (800) 599-2346 | no |
| 397 | 2/4/11 | 4:48:54 | pm | (800) 599-2346 | no |
| 398 | 2/4/11 | 8:03:11 | pm | (877) 847-0125 | no |
| 399 | 2/4/11 | 8:34:17 | am | (877) 847-0125 | no |
| 400 | 2/5/11 | 1:07:32 | pm | (877) 847-0125 | no |
| 401 | 2/5/11 | 10:31:34 | am | (800) 599-2346 | no |
| 402 | 2/5/11 | 11:53:23 | am | (800) 059-2346 | no |
| 403 | 2/5/11 | 3:05:03 | pm | (877) 847-0125 | no |
| 404 | 2/5/11 | 8:51:57 | am | (877) 547-0125 | no |
| 405 | 2/7/11 | 10:24:48 | am | (877) 847-0125 | no |
| 406 | 2/7/11 | 3:21:06 | pm | (800) 599-2346 | no |
| 407 | 2/7/11 | 5:00:09 | pm | (877) 847-0125 | no |
| 408 | 2/7/11 | 7:40:20 | pm | (877) 847-0125 | no |
| 409 | 2/8/11 | 10:57:24 | am | (877) 847-0125 | no |
| 410 | 2/8/11 | 12:57:17 | pm | (877) 847-0125 | no |
| 411 | 2/8/11 | 8:57:41 | am | (877) 847-0125 | no |
| 412 | 2/9/11 | 6:01:01 | pm | (877) 847-0125 | no |
| 413 | 2/9/11 | 8:50:48 | pm | (800) 657-1377 | no |
| 414 | 2/9/11 | 9:26:36 | am | (877) 847-0125 | no |
| 415 | 2/10/11 | 12:10:16 | pm | (877) 847-0125 | no |
| 416 | 2/10/11 | 4:38:54 | pm | (877) 847-0125 | no |
| 417 | 2/10/11 | 8:43:54 | pm | (800) 657-1377 | no |
| 418 | 2/10/11 | 9:55:53 | am | (877) 847-0125 | no |
| 419 | 2/11/11 | 12:28:32 | pm | (800) 599-2346 | no |
| 420 | 2/11/11 | 4:16:53 | pm | (877) 847-0125 | no |
| 421 | 2/11/11 | 8:14:24 | pm | (877) 847-0125 | no |
| 422 | 2/11/11 | 9:05:17 | am | (877) 847-0125 | no |
| 423 | 2/12/11 | 1:16:36 | pm | (800) 599-2346 | no |
| 424 | 2/12/11 | 11:25:33 | am | (800) 599-2346 | no |
| 425 | 2/12/11 | 4:42:35 | pm | (877) 847-0125 | no |
| 426 | 2/12/11 | 5:57:30 | pm | (877) 847-0125 | no |
| 427 | 2/12/11 | 9:38:18 | am | (877) 847-0125 | no |
| 428 | 2/14/11 | 12:23:20 | pm | (877) 847-0125 | no |

| | | | | | |
|---|---|---|---|---|---|
| 429 | 2/15/11 | 12:02:30 | pm | (877) 847-0125 | no |
| 430 | 2/15/11 | 3:41:18 | pm | (800) 599-2346 | no |
| 431 | 2/15/11 | 9:29:25 | am | (877) 847-0125 | no |
| 432 | 2/16/11 | 12:16:45 | pm | (877) 847-0125 | no |
| 433 | 2/16/11 | 7:09:41 | pm | (877) 847-0125 | no |
| 434 | 2/16/11 | 8:43:03 | pm | (800) 657-1377 | no |
| 435 | 2/16/11 | 8:57:25 | am | (877) 847-0125 | no |
| 436 | 2/17/11 | 2:07:52 | pm | (877) 847-0125 | no |
| 437 | 2/17/11 | 9:40:36 | am | (877) 847-0125 | no |
| 438 | 2/18/11 | 11:32:54 | am | (800) 599-2346 | no |
| 439 | 2/18/11 | 2:51:18 | pm | (877) 847-0125 | no |
| 440 | 2/18/11 | 5:17:33 | pm | (800) 599-2346 | no |
| 441 | 2/18/11 | 8:01:25 | pm | (877) 847-0125 | no |
| 442 | 2/18/11 | 8:23:12 | am | (877) 847-0125 | no |
| 443 | 2/18/11 | 8:54:44 | pm | (800) 599-2346 | no |
| 444 | 2/19/11 | 10:27:43 | am | (800) 599-2346 | no |
| 445 | 2/19/11 | 2:34:55 | pm | (877) 847-0125 | no |
| 446 | 2/19/11 | 5:24:24 | pm | (877) 847-0125 | no |
| 447 | 2/19/11 | 7:11:03 | pm | (877) 847-0125 | no |
| 448 | 2/19/11 | 8:47:36 | am | (877) 847-0125 | no |
| 449 | 12/15/11 | 3:56:14 | pm | (877) 847-0125 | no |
| 450 | 12/17/11 | 8:59:07 | am | (877) 847-0125 | no |
| 451 | 12/18/11 | 3:43:57 | pm | (877) 847-0125 | no |
| 452 | 12/18/11 | 9:18:20 | am | (877) 847-0125 | no |
| 453 | 12/19/11 | 12:51:29 | pm | (877) 847-0125 | no |
| 454 | 12/19/11 | 4:07:50 | pm | (877) 847-0125 | no |
| 455 | 12/19/11 | 9:00:20 | am | (877) 847-0125 | no |
| 456 | 12/21/11 | 8:47:01 | am | (877) 847-0125 | no |