UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Ameer A. Hashw, | ) | Civil File No. 13-CV-00726-MJD-JJK |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| Merrick Bank Corporation, | ) | |
| Defendant. | ) | |

_____

Pursuant to the Stipulation of the parties [Doc. #8], IT IS HEREBY ORDERED that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 5, 2013.

BY THE COURT:

s/Michael J. Davis
The Honorable Michael J. Davis
Chief Judge of United States District Court