✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Ameer A. Hashw,

      Plaintiff,

V.

Merrick Bank Corporation,

      Defendant,

**JUDGMENT IN A CIVIL CASE**

Case Number:   13-726 MJD/JJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorneys' fees to any party.

| December 11, 2013 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | s/ J. Midtbo |
| | (By)     J. Midtbo   Deputy Clerk |